UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DENISE CRUMWELL, *Plaintiff*, -against- ECOMLT, LLC, *Defendant*. | 23-CV-03236 (ALC) <u>ORDER OF DISCONTINUANCE</u> |

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made on or before **July 10, 2023**.

**SO ORDERED.**

Dated: May 25, 2023
       New York, New York

_____
ANDREW L. CARTER, JR.
United States District Judge